## HERSHELL (H. O.) ESCHMAN v. STATE.

No. A-7156. Opinion Filed March 15, 1930.
Rehearing Denied March 29, 1930.
(286 Pac. 24.)

Mathers & Mathers, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the district court of Pottawatomie county on a charge of robbery with firearms, and was sentenced to serve a term of thirty years in the state penitentiary.

The appeal is by transcript, and was lodged in this court in August, 1928. No briefs in support of the appeal have been filed. An examination of the record discloses no jurisdictional nor fundamental error. No reason for a reversal is apparent.

The case is affirmed.